GRD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  Case No. **14-05948-MH3-13**

**BETH ANN LONGHINI**  Judge: **MARIAN F HARRISON**

HEARING DATE ON OBJECTIONS
AND RELATED MOTIONS: **October 01, 2014**
TIME OF HEARING: **8:30 AM**

**SSN XXX-XX-3464**

## TRUSTEE'S MOTION AND REQUEST FOR A HEARING
## ON CONFIRMATION AND REQUEST FOR DISMISSAL

**HEARINGS TO BE HELD AT CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN , 37203**

The Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby requests this Court set the above styled matter for a confirmation hearing, and for cause therefore would state:

**The Trustee objects to confirmation.**

As grounds for such request, the Trustee would state:

**Plan is not feasible. The math does not work.**

Should this Court deny confirmation, the Trustee requests this Court dismiss this case.

Respectfully Submitted,

Printed: **09/11/2014**

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
cc:  Debtor(s)  CHAPTER 13 TRUSTEE
     Debtor(s) Attorney  P O BOX 340019
     Objecting Creditor  NASHVILLE, TN  37203
615-244-1101
pleadings@ch13nsh.com